UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANTE CICCONE,<br><br>Plaintiff,<br><br>v.<br><br>SUPERFOODS, INC. d/b/a Live it Up, et al.,<br><br>Defendants. | Case No. 1:26-cv-00537 (AS)<br><br>***ORDER*** |
| Consolidated for Pretrial Purposes with:<br><br>Rusich v. Superfoods, Inc., et al., No. 1:26-cv-02100<br>Sampietro v. Superfoods, Inc., et al., No. 1:26-cv-02099<br>Pugh v. Superfoods, Inc., et al., No. 1:26-cv-00540 | |

Upon the motion of Heisman Nunes & Hull LLP, Paul V. Nunes, Esq., of Counsel, for admission to practice Pro Hac Vice in the above-captioned action is granted.

Ilana P. Korchia, Esq., has declared that she is a member in good standing of the bar of State of Washington; and that his contact information is as follows:

Marler Clark, Inc. PS
180 Olympic Drive S.E.
Bainbridge Island, WA 98110
Telephone: (206) 346-1888
Fax: (306) 346-1898
Email: ikorchia@marlerclark.com

Ilana P. Korchia, Esq., having requested admission Pro Hac Vice to appear for all purposes for Plaintiff, Dante Ciccone, in the above-entitled action;

IT IS HEREBY ORDERED that Ilana P. Korchia, Esq., is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: August 4, 2026

*HONORABLE ARUN SUBRAMANIAN*
District Court Judge